# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02526-MSK

UNITED STATES OF AMERICA,

    Petitioner,

v.

JOHN H. BECKWITH, JR.,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

1.    On May 30, 2008, the Internal Revenue Service ("IRS") issued a summons to John H. Beckwith, Jr. (hereafter "Respondent").

2.    The IRS summons was issued to Respondent for a legitimate purpose — to obtain information to determine the federal tax liability for the tax year ending December 31, 2007.

3.    The above-listed tax periods were specified in the IRS summons served on Respondent.

4.    The testimony, records, and documents demanded by the IRS summons is not in the possession of the IRS.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Declaration of Service (Doc. 7), Respondent was served on December 11, 2008 with: (1) an Order to Show Cause (Doc. 6) that was issued by the Court on December 1, 2008, and (2) a copy of the Petition (Doc. 1) with exhibits.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 56 Inverness Drive East, Englewood, Colorado 80112 before Revenue Officer Cathy Rojas, telephone number (720) 956-4231 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than March 23, 2009 to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summonses. Failure to comply with this Order may result in Respondent being found in contempt of court, in which case he may be fined or imprisoned.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this 6th day of February, 2009

BY THE COURT:

Marcia S. Krieger
United States District Judge